197 P.3d 786

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

Williams v. Aona.................................... 28691    12/10/2008    Affirmed
State v. Ellswick .................................. 28895    12/31/2008    Vacated &
                                                                          remanded